IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **DARRYL L. McCORMICK;** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **vs.** | * | **Civil Action No.:     1:22-cv-00284** |
| | * | |
| **ARAMARK UNIFORM & CAREER** | * | **PLAINTIFF REQUESTS** |
| **APPAREL, LLC;** | * | **TRIAL BY JURY** |
| | * | |
| **Defendant.** | * | |

## COMPLAINT

COMES NOW Plaintiff DARRYL L. McCORMICK, and alleges against Defendant as follows:

1.      Plaintiff DARRYL L. McCORMICK is an adult resident citizen of Mobile County, Alabama and was so at all relevant times.

2.      Defendant ARAMARK UNIFORM & CAREER APPAREL, LLC ("ARAMARK") is a foreign uniform rental and supply company, whose principal place of business is 115 N. First Street in Burbank, California.

3.      Therefore, the Southern District of Alabama has jurisdiction pursuant to 28 U.S.C.A. §1332(a)(1) and (a)(2).

## FACTS

4.      On Tuesday, June 28, 2020, Plaintiff DARRYL L. McCORMICK was stopped in westbound traffic on the I-10 bayway in Baldwin County, Alabama when JOEL SPENCER, who was driving a Penske truck that was rented by ARAMARK and acting within the scope of his employment with ARAMARK, negligently and wantonly crashed into the back of Mr. McCormick's truck.

5.      Plaintiff DARRYL L. McCORMICK sustained severe injuries as a result of the collision.

## COUNT I
## NEGLIGENCE

6.      Defendant ARAMARK is responsible for the acts of their employees while they are acting within the scope of their employment.  Joel Spencer was negligent in failing to pay attention, being distracted while driving, failing to keep a proper look-out and failing to see what was there to be seen.  ARAMARK may have also been negligent in hiring, training, and/or supervising Joel Spencer.

7.      As an actual and proximate result of the Defendant ARAMARK's negligence, Plaintiff suffered severe injuries, including a head and eye injury and other injuries.  Plaintiff has suffered the following damages:

        a)      Permanent injures and/or disabilities;

        b)      Past and future pain, suffering, and mental anguish;

        c)      Past and future lost wages;

        d)      Past and future loss of the enjoyment of life; and

        e)      Others as proven.

WHEREFORE, Plaintiff respectfully requests this Honorable Court enter judgment against Defendant ARAMARK in such sum in excess of the minimum jurisdictional limits of this Court, as determined to be just, reasonable and adequate under the circumstances, including interest and all costs of this proceeding.

## COUNT II
## RECKLESSNESS\WANTONNESS

8.      Plaintiff adopts and re-alleges the allegations in paragraphs numbered 1 through

7 of this Complaint as if fully set forth herein and substitutes the words "reckless or wanton" and "recklessness or wantonness" for the words "negligent" and "negligence".

WHEREFORE, Plaintiff respectfully requests this Honorable Court enter judgment against Defendant ARAMARK, including punitive damages, in such sum in excess of the minimum jurisdictional limits of this Court, as determined to be just, reasonable and adequate under the circumstances, including interest and all costs of this proceeding.

Done this the 20th day of July, 2022.

Respectfully submitted,

Attorney for the Plaintiff


*/s/ Eaton G. Barnard*
EATON G. BARNARD (BAR059)
Taylor Martino, PC
P. O. Box 894
Mobile, Alabama 36601
Telephone:    (251) 433-3131
Email: eaton@taylormartino.com

**Defendant to be served via Certified Mail as follows:**

ARAMARK Uniform & Career Apparel, LLC
c/o CT Corporation System
2 N Jackson St., Ste. 605
Montgomery, Alabama 36104